**Moskowitz Colson Ginsberg & Schulman**
**80 Broad St, Suite 1900**
**New York, NY 10004**

February 3, 2023

By ECF

Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Adelle Anderson,* 20 Cr. 549 (AMD)

Dear Judge Donnelly:

      I represent Adelle Anderson in the above-captioned matter. I write pursuant to Local Rule 1.3 to provide notice of a change in my firm name and address. My new information is as follows:

Moskowitz Colson Ginsberg & Schulman
80 Broad St, Suite 1900
New York, NY 10004
(212) 257-6455
dcolson@mcgsllp.com

      Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    /s/

                                    Deborah Colson
                                    (917) 543-6490 (cell)