LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 19, 2024

**BY ECF & E-Mail**
The Honorable Ann M. Donnelly
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: *United States v. Cory Martin*, 20 Cr. 549 (AMD)

Dear Judge Donnelly:

We write pursuant to the Court's Order from today to "explain why the defendant should not be directed to file an unredacted copy of its response to the government's motion to preclude cross-examination."

Our response contains information related to criminal history and non-criminal conduct related to CW-1 and Witness-1. Limited portions of our response were redacted. They relate exclusively to the criminal history of Witness-1, and specifically his history of violence, and defense strategy and preparation pertaining to the cross examination of Witness-1 on this subject.

The government has stated its reasons for preclusion on cross examination. An unredacted version of our response will not aid in any response. Rather, disclosure will only preview our cross-examination of Witness-1, reveal defense strategy on cross-examination of Witness-1, and potentially other witnesses, and our defense theory. To protect Mr. Martin's 6th Amendment right to a fair trial, this should not be permitted.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele
*Attorneys for Cory Martin*