LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 19, 2024

By Email

AUSA Tanya Hajjar
AUSA Emily Dean
AUSA Andres Palacio
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza E
Brooklyn, NY 11201

**Re: United States v. Cory Martin; 20 Cr. 549 (AMD)**

Dear AUSAs Palacio, Dean and Hajjar:

Pursuant to Fed. R. Crim. P. 16(b)(1)(C), Mr. Cory Martin hereby provides notice that it anticipates calling the following individuals to testify as experts at trial: (1) Kristi Smith, K-9 professional and trainer; and (2) Dr. Allan Jamieson, forensic scientist.

I.      Kristi Smith, CVT, IACP CDT

Kristi Smith, CVT, IACP CDT, is a certified veterinary technician and dog trainer. She has been a member of the International Association of Canine Professionals ("IACP") since 2005. She serves as an advanced certified dog trainer and professional dog trainer instructor with the IACP. In 1988, she began a search and rescue ("SAR") career with the Kentucky Search Dog Association. Smith founded Arizona Search Track and Rescue organization in 1998. In her role as President for over 25 years, she became an expert K9 handler and trainer in the following SAR disciplines: air scent, trailing, cadaver, water, and human remains detection.

Smith's statement of conclusions is attached hereto as Exhibit "A." Her curriculum vitae is attached hereto as Exhibit "B." Smith has not previously testified or been deposed as an expert in any civil or criminal case.

II.     Dr. Allan Jamieson, BSc, PhD, CBiol FRSB

Dr. Allan Jamieson, BSc, PhD, CBiol FRSB, is a chartered biologist and forensic scientist. Dr. Jamieson earned Double First Class Honors in Biology & Genetics and a Ph.D. from the Forensic Science Unit at the University of Strathclyde in Glasgow, presently serves as the Director of the Forensic Institute, an international network of experts providing professional forensic services to the legal profession. Dr. Jamieson is expected to testify about his conclusions from the DNA analysis conducted during the investigation into Brandy Odom's homicide. He is also expected to address topics including the likelihood ratio, nuclear DNA and Y-STR DNA testing.

Dr. Jamieson's statement of conclusions is attached hereto as Exhibit "C." His curriculum vitae, which includes a list of his recent publications, is attached hereto as Exhibit "D." A list of cases in which, during the previous 4 years, Dr. Jamieson has testified as an expert at trial or by deposition, pursuant to Fed. R. Crim. P. 16(b)(1)(C)(iii), is attached hereto as Exhibit "E."

We will supplement this notice as any additional material or information becomes available.

Respectfully,

/s/

Anthony Cecutti, Esq.
Kestine Thiele, Esq.
*Counsel for Cory Martin*

cc:     Clerk of Court (AMD) (by ECF)

# Exhibit A

## Statement of Conclusions: Kristi Smith

Detection K-9s can be trained to locate various sources including blood, guns, explosives, narcotics, human remains and cadavers. A human remains detection dog is trained to find large and small amounts of decomposing tissue, blood or bone. Cadaver dogs are trained to find whole, mostly intact dead bodies. The national training standards for detection dogs require at least 16 hours per month of training for the K-9 and its handler, across all disciplines, if the dog is trained to locate more than one kind of source. Operational K-9s are expected to be certified once a year in each of its disciplines.

When a human remains detection K-9 is called to "work a scene," or find evidence of a crime, its handler should clear the scene, so the K-9 is not forced to filter through more scents than necessary. A law enforcement agency will give the handler an area to work and the source it expects to find. The handler will then begin "working" the dog, giving it a specific command, if it is a multi-disciplinary K-9, for example, to find evidence of human remains. Often, multi-disciplinary K-9s are trained to give different "found source indications," sometimes known as "alerts," for different sources. If the K-9 gives a found source indication, the handler takes note of the location at which the K-9 gave the indication, in order to inform law enforcement of the found source. A K-9 showing "interest" in an area is not the same as a found source indication. A dog's interest in an area cannot allow a handler to draw any conclusion other than the fact that the dog is working out different scents. Conclusions by a handler about the expected existence of source material at a scene can only be made after clear found source indications.

After working the scene, the handler will prepare a thorough report to the law enforcement agency to assist in its investigation. The handler will then keep in touch with the law enforcement agency to find out if evidence was later located by its crime scene unit or forensic team, to keep records related to the K-9's accuracy.

Respectfully submitted,

Kristi Smith

# Exhibit B

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L



I have had a love and dedication to training dogs my entire life. I began training dogs competitively in my teenage years when I began showing Rough Collies and Doberman Pinschers in Conformation and Obedience Classes for my parents and began training dogs professionally in 1981. I titled my first Breed Champion, a Doberman Pinscher, when I was only 13 years old. In 1982 I joined the Victoria Dog Obedience Club where I was an active member and Obedience Instructor teaching Novice, Open, Utility and Puppy Classes and was on one of the first Agility Teams in the United States. Throughout the years, I have constantly expanded my education in regards to dog training and in particular working with difficult behavioral issues such as aggression. I specialize in evaluating behavioral issues and defining programs to assist owners in overcoming these issues with their canine companions.

I am a Certified Veterinary Technician and have served on the Board of Directors for the Veterinary Health Care Team of Arizona since 2002. I served as the Education Committee Chairman from 2002-2009, setting educational opportunities for Veterinary Staff statewide, I served from 2008-2009 as the President. I continually work with and collaborate with Veterinarians and Veterinary Staff on educational programs for the general public as an advocate for keeping pets in their homes through proper training and reducing the numbers of pets in shelters by spaying and neutering.

I have been a member of the International Association of Canine Professionals (IACP)  since 2005 and am a Certified Dog Trainer (CDT),  Certified Dog Trainer Advanced (CDTA) and a Professional Dog Trainer Instructor (PDTI) with this organization.  In January of 2017, Kristi became one of only three individuals in the world certified by the International Association of Canine Professionals as a Certified Service Dog

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

Trainer.  I have served on the IACP Service Dog Committee since 2012 and served as Chairperson of the committee in 2014.  With all of the fraud and/or improperly trained service dogs it is important that we set standards that do not trample on the rights of those disabled persons that require a service dog to mitigate their disabilities while educating business owners on what they can and cannot ask as well as what the appropriate behavior for a service animal is in the hopes that this will help reduce the amount of fraudulent or improperly trained service dogs.  We have developed an Internationally recognized test to Certify Service Dog Trainers as well as we have developed a Public Access Test for Service Dogs and Test for Trainers to be able to administer the test. In the hopes that this will assist in mitigating the Service dog fraud that is prevalent at this time.  In 2017, I was recognized and granted the distinction as an Ambassador for the IACP (an IACP Ambassador is a member who embraces the standards of professionalism, helpfulness, kindness, open-mindness, and contributions that makes the IACP unique among all canine organizations).

I am also a Certified Canine Athlete Specialist (CCAS).  Trained to evaluate, write and implement conditioning programs to assist pet, elite canine athletes and other working dogs in performing their jobs, doing sports, recovering from injuries, and preventing reinjury.  This is all done in collaboration with the dogs' veterinarian.



In 1988 I took an interest in Search and Rescue and have volunteered countless hours every year since, in this endeavor. During my years of involvement with SAR I have responded to numerous searches, nationally and internationally, that resulted in many finds and letters of commendation for service. In 1997 alone I responded to approximately 35 searches as a K-9 Team Leader and Handler of Sheik &

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

Remington, which resulted in them having many finds. These finds included wilderness, water, urban, disaster, cadaver, evidence and bone identification. I began my SAR Career with the Kentucky Search Dog Association. I was instrumental in the formation of MARK-9 (Maricopa Association of Rescue K9's) and Arizona Search Track and Rescue, Inc. (a non-profit organization) and have served in numerous capacities with both organizations. I also helped set some of the highest standards and testing & evaluation procedures for K-9's and Handlers in the state with these organizations. Currently Arizona Search Track and Rescue, Inc. has some of the highest standards in the Nation. Many years we have responded to over 40 searches a year with approximately 98+ search days each year. I have trained 11 of my own dogs to Advanced Operational Levels and have assisted in the training of hundreds of other Operational SAR Dogs across the country. I currently have five operationally trained SAR dogs who are at advanced levels, as well as two young dogs at a basic Operational Level, working towards advanced certifications and a 6-month-old bloodhound pup in training.

My AZ STaR Roles have included: Founder of AZ STaR in 1998, Board of Director President, Commander, Training Officer, Standards & Records Officer, Team Leader, Public Information Officer, Search Management, Lead Instructor, and Operational K9 Handler in the following disciplines: Airscent, Trailing, Cadaver, Water, Evidence and Human Remains Detection. As Search Management and a Handler, I am proud of the fact that since its inception in 1998, AZ STaR has had no misses (meaning that no one has come behind us in an area that we searched and found something that our teams had missed).

Outside of working my dogs, I volunteer many hours doing guest speaking, public appearances, demonstrations and working with youth and adult groups to educate them about wilderness safety as well as the capabilities of search dogs in the various disciplines. Additionally, I became certified through The Professional Association of Diving Instructors (PADI) as a Dive Master (professional level diver) in 2010. I teach and assist in teaching scuba diving courses.

## Other Professional Organizations

- Professional Association of Diving Instructors, since 2010

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

- Veterinary Health Care Team of Arizona; Past President, Director & Member since 2002
- International Association of Canine Professionals, Professional Level member since 2005, Certified Dog Trainer, Certified Dog Trainer Advanced, Professional Dog Trainer Instructor, Certified Service Dog Trainer, Cynopraxic & Principals of LIMA Certified
- Canine Political Action Committee; Member and Sponsor – 2007
- National Association of Small Business Employers; since 2005
- NASAR Member; 1989 - 2016
- American Red Cross Volunteer & Health and Safety Instructor; 2000 to 2006
- American Belgian Tervuren Club: Member; 1989 – 2006, 2011 to present
- Victoria Dog Obedience Club; Member / Trainer; 1982 to 2000
- American Bloodhound Club, Member 2011 to present

## Dog Related Work and Volunteer Activities

## Dog Trainer U.S., LLC. 4-6-2020 to Present

Volunteer Mentor to 18 other Trainers, Assistant Trainers, Kennel Techs & Puppy Wranglers.  Mentoring in all aspects of Husbandry and care of dogs, training, service dogs, therapy dogs, facility dogs and more to prepare them for becoming certified dog trainers.

Assist with educating the clientele of the business as well.

## K9-Games,AZ : 1/1/2018 – 4/5/2020

- Head Trainer

## K9-Games, Inc: 2007- 12/31/2017

- Head Trainer

## Who's the Boss: 2005- 2/14/2007

- Head Trainer

## Arizona Search Track and Rescue, Inc: 1998-Present

- SAR Dog Handler in Airscent, Trailing, Water, Cadaver, HRD, and Evidence – 2/98 - Present
- Team leader 2/98 – Present

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

- Training Officer 2/98 – Present
- Commander  2/07 – Present
- Training Instructor for Outside Programs & Presentations 2/98 – Present

## Maricopa County Sheriff's Office: 1993 – 1998

- Desert Search Unit & Maricopa Association of Search Dogs (MARK-9)
- SAR Dog Handler & Man-tracker for MCSO Desert Search Unit from 8-93 through 10-1996
- Commander of MARK-9 (newly formed SAR K-9 unit) 10/96 – 9/97
- SAR Dog Handler, Airscent, Trailing, Cadaver, HRD, Water & Evidence 8/93 – 5/98
- Team leader 8/93 – 5/98

## Kentucky Search Dog Association, 1988 -1993 (active Member) 1993-2004 (Inactive Member)

- Director, Secretary
- Standards & Records Officer
- Assistant Training Officer
- Operational Level I & II Search Dog Handler – Airscent, Cadaver and Water
- Overhead Management
- Obedience Officer, and Assistant Obedience Officer
- Assistant Class Instructor

## Lexington Kennel Club, since 1989 – 2000

- Member
- Puppy Match Show Chairman
- Obedience Chairman
- Trophy Chairman

## Speaking Engagements, Expert Witness & Other

(many done pro-bono)

### 2014 – Present

Multiple Pod-Casts as an expert on Service Dogs, Scent work, Search and Rescue, Cadaver & Human Remains Detection, Behavioral Modification and On-line educational presentations to Pet Parents, Service Dog related,

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

Autism and other disabled individuals groups, Search and Rescue, other Dog Trainers

Multiple cases as an Expert re: Consultation in Search and Rescue (specifically Cadaver & HRD Dogs)

Multiple cases as an Expert re: Consultation in Behavior Modification for bite & Dangerous Dog cases

## Presenter

Presented via Zoom Platform the International Public Access Test to international audience on 11-9-2022

Speaker for the Association of Service Dog Providers for Military Veterans at Annual Conference in Virginia 7-23 thru 7-25-2018

Speaker and presentation of the Public Access Test at the International Association of Canine Professionals Annual Conference 9-16 thru 9-19-2018

Speaker and Presenter on multiple occasions between 1-1-2015 and present for the Arizona Veterinary Medical Association and Veterinary Health Care Team of Arizona on multiple subjects including Kennel 101, Canine Kinesics (Body language) and other topics.

Presenter 1-1-2015 to present - multiple Lunch & Learns at Various Veterinary Clinics in Arizona for Veterinarians and staff.

## Awards & Other

The awards and Commendations that I have received include but are not limited to the following:

## 2017 Awards

Recognized by the International Association of Canine Professionals as an IACP Ambassador.  This Award is given to members who embrace the standards of professionalism, helpfulness, kindness, open-mindness, and contributions that makes the IACP unique among all canine organizations

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

## 2015 Awards & Letters

Veterinary Health Care Team of Arizona, November 2015 "MVP Award" in recognition of Exemplary and Valuable Contributions as a Distinguished Leader, Director and an Officer

Thank you, Letter from the Barona Indian Tribe and Gray & Gray Investigations for the Elijah "Running Bear" Diaz Searches

## 2013 Letters of Appreciation

- La Plata County Sheriff's Office – Dylan Redwine Search
- Mike Histand – Search for his son, Brian Histand
- Susan Lakoff – Search for her missing son, Timothy Waugaman
- Salinas Family – for our efforts in assisting with the Adrienne Salinas search
- Culolias Family – four our efforts in assisting with the Jack Culolias search

## American Kennel Club, 2012 ACE Awards

Keahi, one of the SAR dogs that I handler was nominated by several individuals and selected as the AKC ACE Award Winner for 2012 Search and Rescue Dog of the Year.

## American Kennel Club, 2011 ACE Awards

Keahi, one of the SAR dogs that I handle was nominated by Barb Mair, from Chicago, Illinois for this prestigious award for her exemplary efforts in SAR and as a Therapy Dog to not only people but to other dogs.

## American Kennel Club, 2011 ACE Awards

Keahi, one of the SAR dogs that I handle was nominated by Kelly Snyder, a Private Investigator from Arizona for this prestigious award for her exemplary efforts in SAR on the many cases that we have worked for this investigator.

## American Kennel Club, 2011 ACE Awards

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

Keahi, one of the SAR dogs that I handle was nominated by Leagh Hearon, a Private Investigator from Washingon State for this prestigious award for her

exemplary efforts in SAR and in particular a high profile Murder Case in Anacortes, Washington

## 2012 Letters of Appreciation

Colorado Springs PD in regards to Deborah Heriford

Family of Deborah Heriford

## 2010 Letters of Appreciation

Leigh Hearon for efforts in regards to the search for Mark Stover

Multiple Investigators and Family of  Lorene Bardy

Family of Lindsay Baum

RCMP & Family of Maddie Scott

## Veterinary Health Care Team of Arizona May 2009

Kristi Smith, CVT, Presidents Award for Outstanding Leadership, Dedication and Commitment to the Veterinary Profession

## Letters of Appreciation from The Turner & McCaffrey Families

Kristi and Keahi for their exemplary efforts in managing and searching in the Hugh Turner search for Mesa Police Departments Missing Persons Unit.

## Arizona Veterinary Medical Profession:  2008-2009

AZVMA – My search dog Chance was named as Arizona's Inductee into the Pet Hall of Fame, October 2006 at the Wild West Veterinary Conference in Reno, Nevada

## Veterinary Health Care Team of Arizona May 2006:

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

Kristi Smith, CVT, Award for contributions to the association and service to the Veterinary Medical Profession

## Shelton Family:  2004

Letter of Appreciation to Kristi Smith for my assistance with the Joan Shelton Search in the Santa Catalina Mountains on May 1, 2004

## Del Monte Fresh Produce:

Multiple Letters of appreciation to Kristi Smith and Remington for their assistance with the Pedro Corzo Search, Jan, 11, 2004

## White Mountain Indian Tribal Council:

Letter of Appreciation to Kristi Smith, Remington and Chance for their assistance with the Rupert Thompson Search September 27-2002

## American Red Cross – Grand Canyon Chapter:

- Outstanding Service to the Community, 2002
- Letter of Commendation to Kristi Smith for Outstanding Service to the Community and for her efforts in response to the Rodeo-Chediski Wildfire Disaster, 2002
- 2002 Certificate of Appreciation, American Red Cross, Arizona Rocks Convention Volunteer
- 2002 Certificate of Appreciation, American Red Cross, Northeast AZ Wildfires

## National Center for Missing & Exploited Children:

- Letter of appreciation for their assistance with the multiple Mikelle Biggs searches that have occurred from March 31, 2001 through March 17, 2003
- 2002 – Human Remains Detection Dog Training – SAR Dog Foundry & American Detector Dogs
- Letter of appreciation to Kristi Smith, Sheik and Remington for their assistance with the "Coolidge Incident" November 27, 2000

## Grand Canyon National Park Service:

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

Letter of appreciation to Kristi Smith and Sheik for their assistance with the Phantom Creek Flash Flood September 13, 1997 through September 16, 1997

## Maricopa County Sheriff's Office:

- Outstanding Service to the Community, 1996
- Outstanding Service to the Community, 1997

## Maricopa Association of Rescue K-9's, Maricopa County Sheriff's Dept.:

- Certificate of Achievement to Kristi Smith & Sheik (SAR K-9) for Outstanding Service to the Community, 1997
- Certificate of Achievement to Kristi Smith & Remington (SAR K-9) for Outstanding Service to the Community, 1997
- "Nose of the Desert Award" presented to Sheik & Remington

## Coconino County Sheriff's Department:

- Letter of Commendation for Kristi Smith & Sheik for the Antelope Canyon Incident, 1997
- Office of Emergency Services, Group III, Arizona Wing, Civil Air Patrol:
- Letter of Commendation for Kristi Smith & Sheik for their presentation and demonstration of The use SAR K-9's in a Missing Person Incident, 1997

## Samaritan Health Systems:

Letter of Commendation to Kristi Smith & Sheik for their presentation and demonstration of SAR K-9's, 1996, 1997

## City of Phoenix Police Department:

Letter of Commendation for Kristi Smith & Sheik for the Brad Hanson Incident, 1995

## Kentucky Search Dog Association:

Award for Outstanding Service to The Kentucky Search Dog Association, 1993

# Kristi Smith, CVT, IACP CDT, CDTA, PDTI, CSDT, CYNX-L

**Victoria Dog Obedience Club:**

Award to Kristi Smith & Sheik (SAR K-9) for their "Special Efforts in Search and Rescue", 1992

# Exhibit C



# Consideration of the case of Corey Martin by Dr Allan Jamieson, The Forensic Institute, Glasgow, UK

# Background

I understand that Mr Martin is alleged to have been involved in the homicide and mutilation of Brandy Keshawwn Odom. I have been asked to consider and comment on the results of a number of DNA analyses conducted and reported by the Office of the Chief Medical Examiner, New York.

# Evidence

Various OCME reports, but particularly that of 15th September 2018 provide the results of DNA testing on various items.

Mr Martin is included as a possible contributor to samples obtained from a pillow cases (Items 1 and 3). No DNA from the deceased was detectable on these items.

Mr Martin was included as a possible contributor to a sample obtained from a plastic bag (voucher: 3000952042, Item 2) on the basis of Y-STR testing, but excluded on the basis of nuclear DNA testing.

Testing of another plastic bag (voucher: 3000952042, Item 1) provided no reliable evidence of the presence of Mr Martin's DNA.

To the best of my knowledge, obtained from the reports provided to me, there was no reliable evidence of the presence of Mr Martin's DNA on any other relevant items that were examined.

# Evaluation

I have found no reason to challenge the findings as reported by OCME.

# Conclusion

There is evidence of the presence of Mr Martin's DNA on pillow cases, but no evidence of these being involved in the case.

There is no reliable evidence of Mr Martin's DNA being on any other item ostensibly associated with the incident. END

# Exhibit D

**Prof Allan Jamieson BSc PhD CBiol FRSB**

- First Class (double) Honours BSc in Biology & Genetics
- PhD from the Forensic Science Unit at Strathclyde University
- Fellow of the Royal Society of Biology
- Chartered Biologist
- Honorary Professor of Forensic Science, University of the West of Scotland
- External examiner for Biomedical and Forensic Sciences at Anglia Ruskin University, Cambridge
- Provided written evidence and advice in over 1000 criminal cases in England, Wales, Northern Ireland, Scotland, Republic of Ireland, Gibraltar, USA, New Zealand, Cyprus, and Australia
- Given oral evidence in USA (Federal and State), Australian, Cypriot, Scottish, English, Northern Irish and Republic of Ireland courts, including the Court of Criminal Appeal, 4 days of evidence on LCN DNA in the Omagh Bomb trial of Sean Hoey, at the inquest into the death of Diana, Princess of Wales, and many trials involving DNA interpretation, probabilistic genotyping, and DNA transfer
- Member of the Expert Roster for DNA for the New York State Assigned Counsel Plan (I was part of the team that mounted a successful Frye challenge to OCME's LTDNA and FST procedures (Collins-Peak))
- Invited and adopted as, 'a scientist and scholar' to sign amicus briefs to;
  - Texas Supreme Court
  - California Supreme Court on bitemarks
  - United States Supreme Court on the use of statistics and DNA in Court
  - Wisconsin Supreme Court
  - North Carolina Supreme Court on fingerprints
- Invited speaker by the Texas Forensic Science Commission at their 'STRmix Symposium'
- Invited speaker on 'The nature of questions arising in court that can be addressed via probability and statistical methods' at Isaac Newton Institute for Mathematical Sciences, Cambridge University, UK (2016)
- Conference presentation; Lisbon, Portugal, November 2017 on the use of the Likelihood Ratio in forensic DNA casework
- Invited co-author of a response to the President's Council of Advisers on Science & Technology 2016 report on Forensic Science (also accepted for publication in *Forensic Science International*)
- Co-Editor in Chief of Wiley's Encyclopaedia of Forensic Sciences
- Published (March 2016), with Dr Scott Bader of The Forensic Institute, the book 'A Guide to Forensic DNA Profiling'
- Vice Chair of the Royal Society of Biology Professional Recognition Panel (which is responsible for award of Chartered Scientist status)

- Published in peer-reviewed journals (Science & Justice, Human Genetics, Nature, Croatian Medical Journal, Forensic Science International, Hastings Law Journal) and others (e.g. Journal of the Law Society of Scotland, Barrister).
- Invited peer reviewer for DNA papers for scientific journals
- Undertaken consultancy projects in Nigeria, Turkey (EU funded), Egypt (Government investigation), Pakistan (Education)

Formerly

- Visiting Professor of Forensic Sciences, Staffordshire University
- Visiting Professor of Forensic Biology at Napier University, Edinburgh
- Member of the Editorial Board of *Biologist*.
- Member of the Board of the Centre for Forensic Statistics and Legal Reasoning, Edinburgh
- Chair of the Institute of Biology in Scotland
- Member of the editorial board of Clarke's Analysis of Drugs & Poisons
- External examiner for forensic sciences at Edinburgh University, The University of Kent at Canterbury, Herriot-Watt University, Kings College, London, Hendon Police College, Dundee University.
- External examiner for PhD Theses at
  - Huddersfield University, UK
  - Edinburgh University, UK
  - Wright State University, USA
- Head of Lothian & Borders Police Forensic Science laboratory
- Member of the United Kingdom Forensic Science Liaison Group
- Director of Forensic Alliance (a forensic scientific laboratory)
- Honorary Fellow in Pathology, Edinburgh University
- Chair of the United Kingdom Forensic Toxicology Forum
- Chair of the Standards Committee and the Academic and Education Committee of the Forensic Science Society (elected)
- Member, UK Forensic Science Group (Sector Skills Council (SSC) for Science, Engineering and Manufacturing Technologies)
- Chair, Biotechnology Steering Group (SEMTA)
- Chair, Professional Affairs Committee, Scottish Council of the Institute of Biology (elected)
- Lectured to various groups on forensic science issues, (inter alia; the use and application of DNA, evidence evaluation), including;
  - 5th International Forensic Science and Forensic Medicine Conference. Riyadh, Saudi Arabia (2021) Invited speaker on forensic DNA profiling
  - Texas Forensic Science Commission (on probabilistic genotyping software; 2018)

- o Isaac Newton Institute for Mathematical Sciences, University of Cambridge (invited speaker on Forensic Statistics) (2016)
- o International Association of Forensic Sciences (invited keynote speaker on Forensic Education, Hong Kong)
- o Belfast Solicitors Association
- o The Forensic Science Society (invited speaker, various)
- o Mid Atlantic Forensic Science Association (invited speaker on DNA)
- o Scottish Judicial Studies Committee (invited speaker, evaluation of evidence, DNA)
- o The Law Society of Scotland (various)
- o The Law Society (various)
- o Faculty of Advocates (Provide training days on a wide range of forensic scientific evidence)
- o Glasgow Bar Association
- o Bristol Law Society
- o Royal Society of Edinburgh (invited)
- o Open University (invited)
- o Institute of Physics (invited speaker, DNA and forensic evidence)
- o Expert Witness Institute (invited speaker on accreditation)
- o Hastings College of Law, San Francisco (invited)
- o Criminal Appeal Lawyers Association (invited)
- o London Criminal Solicitors Association
- o Many public lectures, radio and TV interviews
- Represented Scottish Forensic Science Liaison Group (SFSLG) on National Training Organisation Sector Committee
- Chaired SFSLG Competence Subgroup
- Member of Council for the Registration of Forensic Practitioners Steering Group
- Member of the membership committee of the Institute of Biology
- Initiated and chaired;
  - o Workshop on Random Sampling of Drugs
  - o Inter-laboratory Benchmarking Group on the Analysis of Drugs of Abuse
  - o Regional Toxicology Working Group (with PF and Pathologist)
- Attended crime scenes and involved in a number of groups to set procedures for crime scene management and procedures
- Designed projects and supervised MSc and PhD students
- Chairman of conferences on;
  - o Drug analysis
  - o Identification and evaluation of trace evidence
  - o Forensic toxicology
  - o Sexual Offences

- o Paint, glass and fibres

Publications (may be incomplete)

1) McNevin D, Wright K, Barash M, Gomes S, Jamieson A, Chaseling J. Proposed Framework for Comparison of Continuous Probabilistic Genotyping Systems amongst Different Laboratories.  Journal of Forensic Sciences, 2021, 1, (1), pp. 33-45

2) Fenton, NE, Jamieson, A., Gomes, S., Neil, M. On the limitations of probabilistic claims about the probative value of mixed DNA profile evidence.  Sept 2020. https://arxiv.org/abs/2009.08850

3) Jamieson, A. Hidden in plain sight; the problems with current DNA evidence. (January 2020) Barrister Magazine at http://www.barristermagazine.com/hidden-in-plain-sight-the-problems-with-current-dna-evidence/

4) Michael J. Saks, Thomas Albright, Thomas L. Bohan, Barbara E. Bierer, C. Michael Bowers, Mary A. Bush, Peter J. Bush, Arturo Casadevall, Simon A. Cole, M. Bonner Denton, Shari Seidman Diamond, Rachel Dioso-Villa , Jules Epstein, David Faigman, Lisa Faigman, Stephen E. Fienberg, Brandon L. Garrett, Paul C. Giannelli, Henry T. Greely , Edward Imwinkelried, Allan Jamieson, Karen Kafadar, Jerome P. Kassirer, Jonathan 'Jay' Koehler, David Korn, Jennifer Mnookin, Alan B.Morrison, Erin Murphy, Nizam Peerwani, Joseph L. Peterson, D.Michael Risinger, George F. Sensabaugh, Clifford Spiegelman, Hal Stern, William C. Thompson, James L. Wayman, Sandy Zabell, Ross E. Zumwalt. Forensic bitemark identification: weak foundations, exaggerated claims.  (2016) Journal of Law and the Biosciences, 538–575

5) Morrison, G.S., Kaye, D.H., Balding, D.J., Taylor, D., Dawid, P., Aitken, C.G.G., Gittelson, S., Zadora, G., Robertson, B., Willis, S., Pope, S., Neil, M., Martire, K.A., Hepler, A., Gill, R.D., Jamieson, A., de Zoete, J., Ostrum, R.B., Caliebe, A. (2016). A comment on the PCAST report: Skip the "match"/"non-match" stage. Forensic Science International. http://dx.doi.org/10.1016/j.forsciint.2016.10.018

6) Jamieson, A. & Bader, S., A response to Breathnach et al. FSI:Genetics (2016) http://dx.doi.org/10.1016/j.fsigen.2016.10.002

7) Meakin, G., Jamieson, A.  A response to the response to Meakin and Jamieson DNA transfer: Review and implications for casework Forensic Science International: Genetics. (2016) http://dx.doi.org/10.1016/j.fsigen.2016.02.010

8) Jamieson, A. & Bader, S. (Eds) A guide to Forensic DNA Profiling. Mar 2016

9) Wileys Encyclopedia of Forensic Sciences – Co-editor in Chief with Prof Andre Moenssens (USA) – a five volume work published in 2009, but continually updated online

10) Jamieson, A. Nunn so blind as those who cannot see.  Commentary on Nunn v Suffolk Constabulary.  *Barrister* Magazine, October 2015

11) Carrie Mullen, Linda Moxey, Allan Jamieson. Reply to letter to the editor. Science & Justice 54(2):181 (2014)

12) D. Michael Risinger, William C. Thompson, Allan Jamieson, Roger Koppl, Irving Kornfield, Dan Krane, Jennifer L. Mnookin, Robert Rosenthal, Michael J. Saks, Sandy L. Zabell. Regarding Champod, editorial: "Research focused mainly on bias will paralyse forensic science". Science & Justice; 54(6) (2014)

13) Mullen, C., Spence, D., Moxey, L., Jamieson, A. Perception problems of the verbal scale (2013). Science & Justice (in press)

14) Meakin, G., Jamieson. A. DNA Transfer: Review and implications for casework. (2013) *Forensic Science International* 7 (2013) 434–443

15) Jamieson, A. More on the Bayesian approach and the LR. *Science & Justice* (2012)

16) Jamieson, A., Bader, S., Meakin, G., Mullen, C. Two-, three-, and four-person mixtures in forensic casework: difficulties and questions. Letter to the Editor. (2011) *Croatian Medical Journal*, (52) 653-654

17) Faigman, D., Jamieson, A., Noziglia, Carla, Robertson, J., Wheate, Rhonda. Response to Aitken et al. on R v T. (2011) *Science & Justice*, [Volume 51, Issue 4](...) , 213-214

18) Jamieson, A. LCN DNA analysis and opinion on transfer: R v Reed and Reed. (2011) *The International Journal of Evidence & Proof* 15 E&P 161–169

19) Jamieson, A., and Mullen, C. The case for full disclosure of laboratory case files (2011) *Journal of the Law Society of Scotland* ([http://www.journalonline.co.uk/Extras/1009322.aspx](http://www.journalonline.co.uk/Extras/1009322.aspx) )

20) Jamieson, A. and Meakin, G. Experience is the name that everyone gives to their mistakes. (2011) *Barrister Magazine* 45

21) D. E. Krane, V. Bahn, D. Balding, B. Barlow, H. Cash, B-L. Desportes, P.D'eustachio, K. Devlin, T. E. Doom, I. Dror, S. Ford, C. Funk, J. Gilder, G. Hampikian, K. Inman, A. Jamieson, P. E. Kent, R. Koppl, I. Kornfield, S. Krimsky, J. Mnookin, I. Mueller, E. Murphy, D. R. Paoletti, D. A. Petrov, M. Raymer, D. M. Risinger, A. Roth, N. Rudin, W. Shields, J. A. Siegel, M. Slatkin, Y.S. Song, T. Speed, C. Spiegelman, P. Sullivan, A.R. Swienton, T. Tarpey, W.C. Thompson, E. Ungvarsky, S. Zabell. Time for DNA disclosure. *Science* 326 1631-2 (2009)

22) William C. Thompson Ph.D., J.D., Simon Ford Ph.D., Jason R. Gilder Ph.D., Keith Inman B.S., M.Crim., Allan Jamieson Ph.D., Roger Koppl Ph.D., Irving L. Kornfield Ph.D., Dan E. Krane Ph.D., Jennifer L. Mnookin J.D., Ph.D., D. Michael Risinger J.D., Norah Rudin Ph.D. Michael J. Saks Ph.D., M.S.L., Sandy L. Zabell Ph.D. Commentary on: Thornton JI. Letter to the editor—a rejection of "working blind" as a cure for contextual bias. J Forensic Sci (2010); 55(6):1663.

23) D. Krane, S. Ford, J. Gilder, K. Inman, A. Jamieson, R. Koppl, I. Kornfield, D.M. Risinger, N. Rudin, M. Taylor, W.C. Thompson. Commentary on: "A perspective

on errors, bias, and interpretation in the forensic sciences and direction for continuing advancement". Journal of Forensic Sciences. 2010;55(1):273-274

24) Jamieson, A. Forensics: stronger scientific scrutiny needed in Britain. Letter. *Nature*. <u>464</u>, 1266 (29 April 2010)

25) Jamieson, A. LCN – What Now?  2010 *Barrister Magazine* 44

26) Wheate, Rhonda M. and Jamieson, "A Tale of Two Approaches – The NAS Report and the Law Commission Consultation Paper on Forensic Science," Allan (2009) *International Commentary on Evidence*: Vol. 7 : Iss. 2, Article 3

27) Krane, D., Ford, S., Gilder, J., Inman, K., Jamieson, A., Koppl, R., Kornfield, I., Risinger, D., Rudin, N., Taylor, M., Thompson, W.C.  Authors' Response.  Journal of Forensic Sciences 54(6) · November 2009

28) Krane, D., Ford, S., Gilder, J., Inman, K., Jamieson, A., Koppl, R., Kornfield, I., Risinger, D., Rudin, N., Taylor, M., Thompson, W.C  Authors' Response.  . Journal of Forensic Sciences 54(2) · March 2009

29) Jamieson, A. The philosophy of Forensic Scientific Identification. *Hastings Law Journal*, 59(5), 1031-1046, 2008

30) Krane, D., Ford, S., Gilder, J., Inman, K., Jamieson, A., Koppl, R., Kornfield, I., Risinger, D., Rudin, N., Taylor, M., Thompson, W.C.  Sequential unmasking: A means of minimizing observer effects in forensic DNA interpretation. (2008) *Journal of Forensic Sciences*, 53(4),1006-7

31) Jamieson, A., Wheate, R. Fit for Purpose? The Review of Low Template DNA. (2008) *The Barrister*, 31

32) Jamieson, A.  Physics porn. *New Scientist* 197(2645):25 · March 2008

33) Jamieson, A. Bad Language.  (2007) *Journal of the Law Society of Scotland*, September

34) Jamieson, A. Thank you, Igor. *New Scientist* 196(2630):24-24 · November 2007

35) Jamieson, A. A rational approach to the principles and practice of crime scene investigation: I. Principles. *Science & Justice*,  2004, 44(1): 3-7

36) Jamieson, A. DNA testing: everyone or no one?  *Interfaces,* 32, 6-7, 2002

37) Jamieson, A. A Professional Body for Forensic Science.  *Science & Justice,* 42(4), 243, 2002

38) Jamieson, A. Why we need good forensic science, *Science & Justice*,  2002, 42(1): 45-49

39) Jamieson, A. The Council for the Registration of Forensic Practitioners, *Interfaces*: 2001, 28, 4-5

40) Jamieson, A. Standards in Forensic Practice, *Science & Justice*, 2000, 40(1): 55-57

41) Jamieson, A. Forensic Biology, its past, present, and future, *Biologist*, 2000, 47(2): 69-73

42) Jamieson, A. Professional accountability in Forensic Science, *Science & Justice*, 1999, 39(2): 71-2

43) Jamieson, A. CPD and Accreditation in Forensic Science, *Science & Justice*, 1998, 34(4): 219

44) Jamieson, A. An Attempt to Improve the Interpretation of Post-Mortem Drug Levels by the Creation of a National Drug-Related Death Database. (1999) *The International Association of Forensic Toxicology Conference*, Prague, (Presented on my behalf by Dr Anya Hunt)

45) Jamieson, A., Mackinlay, E., Aitken, D.A., Cooke, A., and Ferguson-Smith, M.A., Quantitative variation in cystic fibrosis-associated proteins in cystic fibrosis patients, carriers, and controls. (1985) *Human Genetics*, 70: 168-71

Miscellany

Invited as an eminent scholar and practitioner to sign Amicus briefs in:

1. United States Court Of Appeals for the Sixth Circuit (No. 19-2305. 2020 - Gissantaner) on STRmix
2. State of California, Supreme Court: W J Richards v Robt A Fox S223651 on bitemarks.
3. State Of Wisconsin, Supreme Court: Appeal No. (2010AP1952) Brian K. Avery.
4. Supreme Court of the United States: Troy Brown (No. 08-559) on the use of statistics in DNA profiling.
5. State of North Carolina, Supreme Court: (COA16-925) Juan Foronte McPhaul on fingerprint analysis.

Chronology:

Bachelor of Science with (Double) First Class Honours in Biology & Genetics. University of Strathclyde, Glasgow, 1976-1980

Doctor of Philosophy, Forensic Science Unit, University of Strathclyde, Glasgow, 1980-84

Post-Doctoral Research Scientist, Department of Medical Genetics, University of Glasgow, 1983-87

Research Associate, Department of Immunology, University of Edinburgh, 1987-88

Research Fellow in Virology at the Institute of Virology, Glasgow University, 1988-1990

Self-employed, photographer, 1990-92

Business Manager for Laboratory Medicine and Clinical Physics, West Glasgow Universities NHS Hospital Trust, 1992-95

Head of Forensic Science, Lothian and Borders Police, Edinburgh, 1995-2002

Director, The Forensic Institute, Glasgow, 2002-present

# Exhibit E

## <u>Disclosure as to Expert Witness Dr. Allan Jamieson, BSc, PhD, CBiol FRSB</u>

**List of Cases**

| Approximate Date(s) of Testimony | Case Name | Court |
|---|---|---|
| November 13, 2023 | *People v. W. Smith*, 1677/2016 | New York Supreme Court, Part 52 |
| July 20, 2022 | *People v. M. White*, 70581/2021 | Queens Supreme Court, Part K-21 |
| October 28, 2021 | *People v. D. Resiles,* 17008193CF10A | Broward County Criminal Court, Florida |
| April 17, 2019 | *People v. J. Wright*, 1543-17, 2019-05309 | New York Supreme Court |
| May 19, 2019 | *People v. W. Wilkerson*, 1439-18 | New York Supreme Court, Part 71 |