

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TH:EJD/AP
F. #2020R00708

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 25, 2024

**By ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Cory Martin
                    Criminal Docket No. 20-549 (AMD)

Dear Judge Donnelly:

      The government respectfully submits this letter regarding Government Exhibits 42, 43 and 44, which are three notebooks belonging to the defendant that were recovered from the defendant's home by law enforcement on November 4, 2020. Government Exhibits 42 through 44 were provided to the defendant marked as exhibits on February 2, 2024.

      <u>First</u>, the government intends to offer Government Exhibits 42, 43 and 44 as examples of the defendant's handwriting, so that the jury may compare it to certain instances of handwriting on the Brandy Odom life insurance policies and related premium payment slips.

      <u>Second</u>, Government Exhibits 42, 43 and 44 are relevant to corroborate CW-1's testimony that the defendant was studying real estate and wanted to buy real estate with profits from the life insurance policy scheme.

      <u>Third</u>, Government Exhibits 42 and 43 reflect evidence of the defendant's own financial distress, as described by the defendant in a short story he authored based on his own life and the life of CW-1.[1]

---

[1] Government Exhibit 44 also reflects the defendant's notes regarding the short sale of his home, which he was in the process of losing to foreclosure proceedings during the period of the charged conduct.

Finally, the defendant's short story is significant corroboration of CW-1's testimony, as elements of the story are clearly drawn from his own life. The defendant's story is narrated by a female protagonist who, like the defendant, is a boxer whose parents both die approximately two years apart. In the story, the protagonist is left in desperate financial straits after the deaths of both her parents. She returns to the family home to find the electricity, water and cable cut off. The protagonist then turns to stripping and, ultimately, prostitution to make ends meet. The protagonist uses the terms "daddy" and "zaddy" to refer to men, including her father. The protagonist is referred to as "baby girl," uses cocaine, ecstasy and molly[2], and is violently raped twice during the course of the story.[3] The defendant also writes about an individual who is tied up and murdered in his protagonist's basement, at which point a "trash man" is called to haul away evidence of the crime.[4]

Due to the length of the handwritten story, the government intends to offer a summary description of the relevant portions of the story through testimony from the law enforcement agent that recovered the notebooks. The government intends to publish only limited portions of Government Exhibits 42 and 43. The government provides the Court with highlighted versions of Government Exhibits 42, 43 and 44 under separate cover. The

---

[2]  CW-1 testified that the defendant required that she and Brandy Odom call him "daddy," that he called her "baby girl" and that the defendant supplied CW-1 and Odom with cocaine, ecstasy and molly.

[3]  The defendant cross-examined CW-1 regarding her testimony that the defendant raped her.

[4]  CW-1 testified that after the defendant killed Brandy Odom, the defendant called a garbage removal company to remove and dispose of evidence of the murder.

highlighting is color-coded, with pink signifying topics that will be summarized by the agent in testimony but not published to the jury and yellow signifying the limited portions that the government intends to publish.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

By:       /s/
                                        Tanya Hajjar
                                        Emily J. Dean
                                        Andy Palacio
                                        Assistant U.S. Attorneys
                                        (718) 254-7000

cc:          Counsel of record (by ECF)
             Clerk of Court (AMD) (by ECF)