UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　　　　ORDER OF SUSTENANCE

　　　　　　-against-　　　　　　　　　　　　　　1:20-cr-00549 (AMD)

CORY MARTIN,

　　　　　　　　Defendant.
-----------------------------------------------------------------X

**It is hereby ORDERED** that the Marshal supply proper:

( )　　LODGING

(X)　　SUSTENANCE

( )　　TRANSPORTATION

　　　　to the (13) jurors in the above entitled case

( )　　DURING SELECTION

(X)　　DELIBERATING

( )　　SEQUESTERED

(X)　　LUNCH

( )　　OTHER _____

DATED: Brooklyn, New York
　　　　　March 1, 2024

　　　　　　　　　　　　　　　　　　s/Ann M. Donnelly
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANN M. DONNELLY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE