TH:EJD/AP
F. #2020R00708

January 13, 2025

By ECF

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Cory Martin
>       Criminal Docket No. 20-549 (AMD)

Dear Judge Donnelly:

The government respectfully submits this letter regarding the government's request for restitution in this matter. At sentencing on November 6, 2024, the government indicated that it would seek restitution in connection with the murder of Brandy Odom and the defendant requested proof of the victim's mother's financial loss, which encompassed funeral expenses and lost wages. The government has since spoken to the victim's mother, who has advised the government that she has decided not to seek restitution because any quarterly payments received would serve as a continuous reminder of her daughter's murder. As such, the government withdraws its request for restitution.

Respectfully submitted,

CAROLYN POKORNY
Acting United States Attorney

By:   _____/s/_____
      Tanya Hajjar
      Emily J. Dean
      Andy Palacio
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Counsel of record (by ECF)
      Clerk of Court (AMD) (by ECF)