**MOSKOWITZ COLSON
GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

August 11, 2025

<u>By ECF</u>

Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *United States v. Adelle Anderson,* 20 Cr. 549 (AMD)

Dear Judge Donnelly,

I write in advance of Ms. Anderson's sentencing hearing on August 13, 2025, to provide the Court with additional materials on her behalf, including:

1. a letter from the Willdan Clean Energy Academy, confirming Ms. Anderson's completion of the program and her work as a career coach and mentor to students;

2. a letter from the RETI Center, confirming her one-year fellowship with the organization, which began on August 4, 2025;

3. a letter from Frank Villani, confirming her volunteer work at the First Presbyterian Church food pantry in Jamaica, Queens;

4. a character reference from Marsha Hill, coordinator of Resident Services, Partnerships and Initiatives at the New York City Housing Authority; and

5. a letter from Ms. Anderson's friend, Regina Patterson.

Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490

cc:    AUSA Emily Dean



August 4, 2025

Antuan Cannon
Vice President of Talent Development
Director, Willdan Clean Energy Academy
Willdan Energy Solutions

To Whom It May Concern:

I am pleased to provide my strongest recommendation for Ms. Adele Anderson. As Vice President of Talent Development and Director of the Willdan Clean Energy Academy, I have had the privilege of working with Adele over the past several years and have been consistently impressed by her dedication, resilience, and contributions to the clean energy field.

Adele first joined our Academy approximately two to three years ago, enrolling in our Energy Efficiency Lighting Course. She excelled in her studies, completing the program with high marks and demonstrating both technical proficiency and a strong commitment to learning. Shortly after, she secured an internship as a Lighting Auditor with Pearl Street Lighting. Her supervisors praised her professionalism, reliability, and enthusiasm for the work.

When that temporary placement concluded, Adele continued to invest in her professional growth, returning to our Academy to complete an advanced course. This training led to a second role as an Outreach Coordinator with the RETI Center, a nonprofit dedicated to community-based clean energy initiatives. In each role, Adele has shown adaptability, initiative, and a passion for helping others.

Beyond her professional roles, Adele has volunteered with the Willdan Clean Energy Academy as a career coach and mentor to fellow students—offering guidance, encouragement, and a real-world perspective that has inspired many. Her generosity, collaborative spirit, and drive make her an asset in any team or organizational setting.

In summary, Adele Anderson is a remarkable individual whose skills, determination, and character stand out. I am confident she will excel in any endeavor she pursues and make meaningful contributions wherever she serves. Please feel free to contact me should you require additional details.

Sincerely,

Antuan Cannon
Vice President of Talent Development
Director, Willdan Clean Energy Academy



August 1, 2025

Dear Adelle,

Congratulations! All of us at RETI Center are excited to welcome you as our Climate Justice Fellow.

This position is funded by the New York State Energy Research and Development Authority (NYSERDA) through its Climate Justice Fellowship Program. Your fellowship term is from **August 4, 2025 to August 3, 2026**, and you will report directly to **Jinean Robinson**.

By accepting this position, you agree to meet all eligibility requirements outlined by NYSERDA and to comply with any required reporting or documentation associated with the fellowship.

**Compensation & Benefits**

- The salary for this position is **$37,000 annually**, paid bi-weekly through RETI Center payroll.
- You will also have access to up to **$3,000 in reimbursable professional development expenses** in alignment with NYSERDA program guidelines.
- In accordance with New York State law, you will accrue **one hour of Sick and Safe Leave for every 30 hours worked**.
- In addition, you are eligible for **15 days of personal leave** to be used during the contract period; these must be approved in advance by your supervisor.
- You will receive a **Health Reimbursement Arrangement (HRA)** valued at **$5,000 annually**, which can be used toward eligible health-related expenses, including insurance premiums.

**Employment Terms**
This fellowship is a time-limited, grant-funded position contingent upon continued funding from NYSERDA and satisfactory performance. The expected employment period is defined above.

Please be advised that this fellowship constitutes at-will employment. This means that either you or RETI Center may terminate the employment relationship at any time, with or without cause or notice.

**Conditions of Employment**
This offer is contingent upon your completion of all new hire forms, including the submission of documentation verifying your eligibility to work in the United States (as required by the Immigration Reform and Control Act of 1986). You must provide this documentation within three (3) business days of your start date, or the offer will be rescinded. Our Director of Operations will contact you upon acceptance of this offer to complete your onboarding process.

If you accept this offer, please sign and return this letter by email.

Please don't hesitate to reach out with any questions. Beyond the technicalities, we are genuinely excited for you to join our team and contribute to RETI's mission of climate justice and community empowerment.

Sincerely,

Jinean Robinson, Executive Director

**OFFER ACCEPTED BY:**                                 **DATED:**

_Adelle Anderson_____        __8/5/2025____

Adelle Anderson

To The Honorable Judge,

I am writing this letter on behalf of Ms. Adele Anderson. My name is Frank Villani, and I manage the soup kitchen and food pantry at    First Presbyterian Church in Jamaica Queens.

Over the past two years, I have had the pleasure of getting to know Adele through her dedicated volunteer work at our pantry. In my 19 years of service to this community, very few individuals have stood out the way she has. From the moment she joined us, she stepped in wholeheartedly taking initiative, leading with compassion, and helping ensure that our operations run smoothly. Her natural leadership qualities have not only inspired those she serves alongside but also built lasting trust and friendships with the individuals and families who rely on our support. She is deeply respected by both her peers and the community members we serve. Her kindness, passion, and willingness to serve others are evident in everything she does. Beyond her volunteer work, I have come to know Adele as a devoted and nurturing mother. I've had the pleasure of spending time with both her son and daughter, and they are a true reflection of the values she instills always respectful, warm, and a joy to be around. My relationship with Adelle and her family is one built on trust, integrity, and mutual respect. She has become an integral part of our efforts at the church, and her presence continues to uplift and positively impact those around her. Should you require any further information regarding her service, character, or interactions within our community, please do not hesitate to contact me directly at (718) 678-6868.

Thank you for taking the time to consider this letter.

Respectfully,

*Frank Villani*

Frank Villani

First Presbyterian Church of Jamaica

Soup Kitchen & Pantry Coordinator

(718) 678-6868

Marsha Hill
194-08 120th Avenue
Saint Albans, NY 11412
917-403-4500
Marshaahill1@gmail.com

August 4, 2025

U.S. District Court-Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Dear Judge Donnelly,

My name is Marsha Hill, and I am a coordinator in the Resident Services, Partnerships and Initiatives department at the New York City Housing Authority.  I am writing to serve as a character reference for my friend and colleague, Adelle Anderson. I have had the pleasure of getting to know Adelle through our professional development and clean energy training classes.

From the very beginning, Adelle stood out as an exceptional student. She was often the only person in class asking insightful questions and answering others.  Her encouraging demeanor not only fostered a positive learning environment but also made it easy for me and others to connect with her. This giving spirit and passion for learning helped facilitate our friendship.

Adelle is incredibly resourceful and consistently shares beneficial information with her peers. Her eagerness to help those around her is truly commendable, and this is one of many reasons I proudly call her my friend. Beyond her professional attributes, Adelle is a devoted mother. In every conversation we have, she passionately discusses her plans, hopes, and dreams for her children. It is evident that her family is at the center of her world and deeply inspires everything she does.

I sincerely believe that Adelle's positive qualities far outweigh her current circumstances. She has a kind heart and a strong desire to make a difference in both her family's life and the community. I kindly urge you to consider the person that Adelle truly is and how her dedication to her family and community can provide her with a path forward.

Respectfully,

Marsha A Hill.

Dear Judge Donnelly,

I am writing to you to share my sincere thoughts about my friend, Adelle, and the impression she has made on me in the short time I have known her.

I first met Adelle a few months ago in front of my former church in the Bronx. I was waiting for my sister to finish some business when Adelle approached, warmly inviting us to an event at the garden across the street, hosted by Prestige Solar. Her enthusiasm and genuine kindness immediately drew us in, and we decided to attend. That day marked the beginning of a friendship that has since grown into something I truly cherish.

From our very first interaction, I was struck by the light she carries an energy that uplifts and encourages everyone around her. Adelle is kind, helpful, and remarkably wise beyond her years. We talk often, pray together, and encourage one another in faith. Through our conversations, I have learned of her deep love and devotion to her children, as well as her unwavering faith in God. Her actions and decisions are clearly guided by her desire to do what is best for her family and to walk in alignment with her values.

Adelle is a person of integrity, compassion, and determination. She strives not only to better her own life but also to help those around her grow and thrive. In the short time I have known her, I have seen her exemplify qualities of dedication, selflessness, and resilience.

It is my sincere hope that my words convey the remarkable spirit of Adelle as I have come to know her. I believe she is a positive influence in her community and a loving, devoted mother whose heart is in the right place.

Thank you for your time and consideration in reading this letter.

Respectfully,

Regina